In the Matter of the STATE OF NEW YORK, Appellant, v MUSTAFA RASHID, Respondent.

Submitted July 12, 2010; decided August 31, 2010

Motion to vacate stay denied. Motion for a preference granted.